IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRY DEAN SIMS, # 178589 | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.  2:12-cv-448-TMH |
| | ) [wo] |
| KIM T. THOMAS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**OPINION and ORDER**

On June 18, 2012, the Magistrate Judge filed a Recommendation in this case that this case be dismissed prejudice prior to service of process in accordance with the directives of 28 U.S.C. § 1915 (e)(2)(B)(I).  (Doc. No. 5).  No timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and that this case be and hereby is DISMISSED with prejudice pursuant to 28 U.S.C. § 1915 (e)(2)(B)(I).

DONE this 9th day of August, 2012

/s/ Truman M. Hobbs
_____
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE