IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRY DEAN SIMS, # 178589 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.  2:12-cv-448-TMH |
| ) | [wo] |
| KIM T. THOMAS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### FINAL JUDGMENT

In accordance with the prior proceedings, opinions, and orders of the court, it is ORDERED and ADJUDGED that this case is dismissed without prejudice prior to service of process pursuant to 28 U.S.C.§ 1915(e)(2)(B)(I).

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and close this file.

This case is closed.

DONE this 9th day of August , 2012.

/s/ Truman M. Hobbs

TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT